**IN THE SUPREME COURT OF PENNSYLVANIA**


IN RE:  REESTABLISHMENT OF THE   **:**   NO.  501
MAGISTERIAL DISTRICTS WITHIN THE   **:**
34th JUDICIAL DISTRICT OF THE   **:**   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA   **:**


## ORDER


**PER CURIAM**

    **AND NOW**, this 14th day of July 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 34th Judicial District (Susquehanna County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Susquehanna County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 34-3-01 | Apolacon Township |
| Magisterial District Judge Jeffrey L. Hollister | Auburn Township |
| | Bridgewater Township |
| | Choconut Township |
| | Dimock Township |
| | Forest Lake Township |
| | Franklin Township |
| | Friendsville Borough |
| | Jessup Township |
| | Liberty Township |
| | Little Meadows Borough |
| | Middletown Township |
| | Montrose Borough |
| | Rush Township |
| | Silver Lake Township |
| | Springville Township |

Magisterial District 34-3-02
Magisterial District Judge Jodi L. Cordner

Ararat Township
Great Bend Borough
Great Bend Township
Hallstead Borough
Harmony Township
Jackson Township
Lanesboro Borough
New Milford Borough
New Milford Township
Oakland Borough
Oakland Township
Susquehanna Depot Borough
Thompson Borough
Thompson Township

Magisterial District 34-3-03
Magisterial District Judge Suzanne M. Brainard

Brooklyn Township
Clifford Township
Forest City Borough
Gibson Township
Harford Township
Herrick Township
Hop Bottom Borough
Lathrop Township
Lenox Township
Union Dale Borough